## UNITED STATES *v.* WILLIAMS.

APPEAL FROM THE COURT OF CLAIMS.

No. 216. Argued December 23, 1879. — Decided January 5, 1880.

The judgment of the court below is affirmed on the case presented to this court.

Mr. Chief Justice Waite delivered the opinion of the court. We are satisfied with the judgment below. The points raised and considered below have not been presented here, and that raised and argued here does not seem to have been presented there. We think upon the facts found it sufficiently appears that the terms and conditions of the promised reward were complied with, and

that the claimant was entitled to recover what was offered for the services he rendered. *Judgment affirmed.*

*Mr. Attorney General* for appellant.

*Mr. O. S. Lovell* and *Mr. Lewis Abraham* for appellee.